**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAI SEE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-1529  JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MAI SEE AND AGAINST DEFENDANT ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

Plaintiff and the Commissioner of Social Security stipulated to a remand of this appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to issue a new decision. (Doc. 16)  The parties also "request that the Clerk of Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant." (*Id.* at 1)  Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

2. The Clerk of Court is DIRECTED to enter judgment in favor of Mai See, and against Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:  **June 8, 2020**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE