# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI SEE,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:19-cv-1529 JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

Mai See and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19)  Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's motion for fees (Doc. 19) is **GRANTED**; and

2. Fees and costs in the total amount of $1,816.57 are **AWARDED** to Mai See.

IT IS SO ORDERED.

Dated:   **August 30, 2020**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE